UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:21-cv-00051-CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion to revoke plaintiff's in forma pauperis status on August 4, 2022. ECF No. 40. In light of the change in plaintiff's custody status, the court will require plaintiff to either submit: 1) a new affidavit in support of his request to proceed in forma pauperis; or, 2) a statement of non-opposition to plaintiff's motion to revoke his in forma pauperis status within 30 days from the date of this order. Plaintiff's failure to respond to this court order within the time provided will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court send plaintiff a new application to proceed in forma pauperis along with a copy of this order.
2. Within 30 days from the date of this order, plaintiff shall either submit: 1) a new

1

affidavit in support of his request to proceed in forma pauperis; or, 2) a statement of non-opposition to plaintiff's motion to revoke his in forma pauperis status.

Dated: August 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will0051.ifp+briefing.docx