IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**KATHLEEN ALLISON, et al.,**<br><br>                              Defendant. | Case No. 2:21-cv-00051-CKD (PC)<br><br>**ORDER GRANTING DEFENDANT'S SUPPLEMENTAL MOTION TO VACATE DISPOSITIVE MOTION DEADLINE [ECF NO. 44]** |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's supplemental motion to vacate the dispositive motion deadline (ECF No. 49) is granted.

2. The deadline to file dispositive motions is vacated, to be reset, if necessary, pending a ruling on Plaintiff's Request to Proceed IFP (ECF No. 46) and Defendant's Opposition to Plaintiff's Request to Proceed IFP and Motion to Dismiss under 28 U.S.C. § 1915(e)(2)(A) (ECF No. 48).

/////

/////

/////

3. Defendant's motion to modify the Discovery and Scheduling Order (ECF No. 44) is granted to the extent that all pending deadlines are vacated pending further order of the court.

IT IS SO ORDERED.

Dated: October 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE